**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF _____ V.S. _____

FOR _____
AT _____

**FILED** MAY 29 2008 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

LOCATION NUMBER: _____

1 ☐ Defendant—Adult
2 ☒ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

PERSON REPRESENTED (Show your full name): **Guadalupe Valladares**

DOCKET NUMBERS:
Magistrate: 08 MJ 1677
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE: ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: **Housekeeper**
- IF YES, how much do you earn per month? $ **1000/mo**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ **864** SOURCES **Welfare + Stamps (450)**

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ _____ DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS:
  - ☒ SINGLE **Separat.**
  - ☒ MARRIED
  - ☐ WIDOWED
  - ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: **3**
- List persons you actually support and your relationship to them:
  - **Cesar – 9 yr.**
  - **Jasmine – 2 yr.**
  - **Juana 12 yr.**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | $ | $ 875 |
| | Utility | $ | $ 80 |
| | Food | $ | $ Food Stamps |
| | Cell phone | $ | $ 80 |
| | Diapers | $ | 20 |
| | Clothes 5/29/08 | $ | 120 x 3 = 360 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **5/29/08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Guadalupe V.**

$1415