UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Gustavo Rendon-Mendiola, et al.<br><br>Defendant(s) | CRIMINAL NO. 08CR1937-W<br>08MJ1678<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08658298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Victor Lagunas-Diaz
Arrgn. on 6-10-08

DATED: 6-12-08

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Pempe_   OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _G. Perrault_
Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                ☆ U.S. GPO: 2003-581-774/70082