UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiff    )<br>          )<br>vs.        )<br>          )<br>Gustavo Rendon-Mendiola,  )<br>         et al.  )<br>     Defendant(s)  )<br>_____ ) | CRIMINAL NO. 08CR1937-W<br>              08MJ1678<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08658298 |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Emilio Marta-Aguayo
Arrgn. on 6-10-08

DATED: 6-12-08

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Perry_    OR
                DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by  G. Perrault
           Deputy Clerk

G. PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062