UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Gustavo Rendon-Mendiola, ) <br> et al. ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR1937-W <br> 08MJ1678 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 08658298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Carlos Ivan Molina-Ruiz
Arrgn. on 6-10-08

DATED: 6-12-08

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _Andrew Renge_    OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _G. Perrault_
Deputy Clerk

**G. PERRAULT**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062