FILED
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1937-W |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| GUSTAVO RENDON-MENDIOLA (1), ) GUADALUPE VALLADARES (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about May 27, 2008, within the Southern District of California, defendants GUSTAVO RENDON-MENDIOLA and GUADALUPE VALLADARES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Emilio Marta-Aguayo, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 12, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
6/2/08